UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60592-CIV-COHN/Snow

PROMARK ENGINEERED SYSTEMS,
INC., a Florida Corp.,

    Plaintiff,

v.

TYCO HEALTHCARE GROUP, LP,
a Delaware Limited Partnership,

    Defendant.
_____/

## **O R D E R**

THIS CAUSE is before the Court counsel Richard Petrovich's Motion to Appear *Pro Hac Vice* (DE 6). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Richard Petrovich, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the defendant **Tyco Healthcare Group** in this cause; Paul Lopez, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of May, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Mary Schneider, Esq. (P)
Paul Lopez, Esq. (D & Counter-Claimant and Local Counsel
                                      for Petrovich)
Richard Petrovich, Esq. (D)

Ms. Catherine Wade (MIA)
   Executive Service Administrator